```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                                **Crim. Action No.: 1:21-CR-33**
                                                      **(Judge Kleeh)**

**JERRID WEAVER,**

       **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 17], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On May 27, 2021, the Defendant, Jerrid Weaver ("Weaver"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts One and Two of the Information, charging him in Count One with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c) and in Count Two with Unlawful Possession of a Firearm as a Drug User, in violation of Title 18, United States code, Sections 922(g)(3) and 924(a)(2). Weaver stated that he understood that the magistrate judge is not a United States District Judge, and Weaver consented to pleading before the magistrate judge. This Court referred Weaver's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly

USA v. WEAVER                                                    1:21-CR-33-TSK

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 17],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Weaver's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Weaver was competent to enter a plea, that the plea was freely and voluntarily given, that Weaver was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 17] finding a factual basis for the plea and recommending that this Court accept Weaver's plea of guilty to Counts One and Two of the Information.

The magistrate judge **remanded** Defendant to the U.S. Marshals Service to be returned to the custody of the State of West Virginia.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a

USA v. WEAVER                                            1:21-CR-33-TSK

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 17],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

judgment of this Court based on the R&R. Neither Weaver nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 17], provisionally **ACCEPTS** Weaver's guilty plea, and **ADJUDGES** him **GUILTY** of the crime charged in Counts One and Two of the Information.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Weaver, and prepare a presentence investigation report for the Court;

2. The Government and Weaver shall each provide their narrative descriptions of the offense to the Probation Officer by **July 2, 2021;**

3. The presentence investigation report shall be disclosed to Weaver, his counsel, and the Government on or before **August 31, 2021;** however, the Probation Officer shall not disclose any

USA v. WEAVER                                                1:21-CR-33-TSK

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 17],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **September 14, 2021**;

5. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **September 28, 2021**; and

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **October 5, 2021.**

The Court further **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Weaver on **October 21, 2021,** at **2:30 p.m.,** at the **Clarksburg, West Virginia** point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please

USA v. WEAVER                                            1:21-CR-33-TSK

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 17],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: June 21, 2021.

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE
